# EXHIBIT A

## REQUEST FOR EXTENSION OF PROTECTION

### SERIAL NUMBER: 79429147

### FILING DATE: 06/24/2025

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| IMAGE | https://tmng-cms.uspto.gov/trademark/cms/rest/case/79429147/tmdocument/79429147APP050880001.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | YES |
| MARK IN COLOR | NO |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| TM IMAGE: COLOR | NO |
| IMAGE FILE NAME | https://tmng-cms.uspto.gov/trademark/cms/rest/case/79429147/tmdocument/79429147APP050880001.JPG |
| TYPE (IMAGE TYPE) | JPG |
| TEXTUAL ELEMENTS OF MARK | PINK PALM PAJAMAS |
| **HOLDER DETAILS** | |
| CLIENT IDENTIFIER | 1700944 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | Pink Palm Puff Ltd. |
| ADDRESS | 837 Dovercourt Rd |
| | Toronto ON M6H 2X4 |
| COUNTRY | Canada |
| ENTITLEMENT ESTABLISHMENT | Canada |
| LEGAL NATURE | Limited Corporation |
| LEGAL NATURE: PLACE INCORPORATED | Ontario, Canada |
| CORRESPONDENCE INDICATOR | YES |
| **BASIC GOODS AND SERVICES** | |
| VERSION OF NICE CLASSIFICATION USED | 12-2025 |
| NICE CLASSIFICATION | 25 |
| GOODS AND SERVICES | Adult pajamas; casual shirts; flannel shirts; fleece shirts and fleece pants; long-sleeved shirts; night shirts; nightgowns; pajama bottoms; pajamas; shirts; slipper socks; slippers; T-shirts. |
| NICE CLASSIFICATION | 35 |
| GOODS AND SERVICES | Online retail store services featuring pajamas, adult pajamas, casual shirts, flannel shirts, fleece shirts and fleece pants, long-sleeved shirts, night shirts, nightgowns, pajama bottoms, pajamas and shirts, T-shirts, slippers and slipper socks; retail store services featuring pajamas, |

adult pajamas, casual shirts, flannel shirts, fleece shirts and fleece pants, long-sleeved shirts, night shirts, nightgowns, pajama bottoms, shirts, T-shirts, slippers and slipper socks.

## PARIS PRIORITY DETAILS

| | |
|---|---|
| PARIS PRIORITY CODE: | Canada |
| PARIS PRIORITY APPLICATION NUMBER | 2401378 |
| PARIS PRIORITY APPLICATION DATE | 05/27/2025 |

## BASE REGISTRATION DETAILS

| | |
|---|---|
| BASE APPLICATION NUMBER | 2401378 |
| BASE APPLICATION DATE | 05/27/2025 |

## REPRESENTATIVE DETAILS

| | |
|---|---|
| CLIENT IDENTIFIER | 1619198 |
| NAME | HEER LAW |
| ADDRESS | 25 Adelaide Street East, Suite 1000 |
| | Toronto ON M5C 3A1 |
| COUNTRY | Canada |

## INTENT TO USE GROUP

| | |
|---|---|
| CONTRACTING PARTY CODE | United States of America |

## DESIGNATIONS

| | |
|---|---|
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |

## INTERNATIONAL REGISTRATION DETAILS

| | |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 1867446 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 06/24/2025 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 06/24/2035 |
| EFFECTIVE DATE OF MODIFICATION | 06/24/2025 |
| NOTIFICATION DATE | 07/31/2025 |
| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 07/17/2025 |
| IB DOCUMENT ID | 1985649901 |
| OFFICE OF ORIGIN CODE | Canada |
| OFFICE REFERENCE | 79429147 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |

# PINK PALM PAJAMAS

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98707702**
**Filing Date: 08/20/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98707702 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\987\077\98707702\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a palm tree design. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 467 x 480 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Pink Palm Puff Ltd. |
| *MAILING ADDRESS | 837 Dovercourt Road |
| *CITY | Toronto, Ontario |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | M6H2X4 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Canada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | imitation jewellery; jewellery |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339207 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |

| | |
|---|---|
| **FOREIGN FILING DATE** | 07/18/2024 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 018 |
| **\*IDENTIFICATION** | all-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote-bags; waist bags; weekend bags |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 2339207 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Canada |
| **FOREIGN FILING DATE** | 07/18/2024 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 025 |
| **\*IDENTIFICATION** | casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 2339207 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Canada |
| **FOREIGN FILING DATE** | 07/18/2024 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | online retail store services featuring clothing; online retail store services featuring jewellery; retail and online retail store services featuring bags; retail store services featuring clothing; retail store services featuring jewellery; Direct-to-customer online retail store services featuring clothing; Direct-to-customer online retail store services featuring jewellery and bags |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 2339207 |

| | |
|---|---|
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Canada |
| **FOREIGN FILING DATE** | 07/18/2024 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Stephano D. Salani |
| **ATTORNEY DOCKET NUMBER** | 2205-6 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Heer Law |
| **STREET** | 25 Adelaide Street East, Suite 1000 |
| **CITY** | Toronto, Ontario |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Canada |
| **ZIP/POSTAL CODE** | M5C3A1 |
| **PHONE** | +1-4165467303 |
| **EMAIL ADDRESS** | ssalani@heerlaw.com |
| **RECOGNIZED CANADIAN ATTORNEY/AGENT** | Kimberley A Baillie |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Stephano D. Salani |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ssalani@heerlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | kbaillie@heerlaw.com; trademark@heerlaw.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 4 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 1400 |
| **\*TOTAL FEES PAID** | 1400 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Stephano Salani/ |
| **SIGNATORY'S NAME** | Stephano D. Salani |
| **SIGNATORY'S POSITION** | Attorney of Record, Florida Bar Member |
| **SIGNATORY'S PHONE NUMBER** | +1-4165467303 |
| **DATE SIGNED** | 08/20/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98707702**
**Filing Date: 08/20/2024**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The applicant is not claiming color as a feature of the mark. The mark consists of a palm tree design. The applicant, Pink Palm Puff Ltd., a corporation of Canada, having an address of
    837 Dovercourt Road
    Toronto, Ontario M6H2X4
    Canada
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 014: imitation jewellery; jewellery
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339207, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 018: all-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote-bags; waist bags; weekend bags
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339207, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 025: casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339207, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 035: online retail store services featuring clothing; online retail store services featuring jewellery; retail and online retail store services featuring bags; retail store services featuring clothing; retail store services featuring jewellery; Direct-to-customer online retail store services featuring clothing; Direct-to-customer online retail store services featuring jewellery and bags
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339207, filed 07/18/2024.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

The owner's/holder's proposed attorney information: Stephano D. Salani. Recognized Canadian attorney(s)/agent(s) is/are Kimberley A Baillie. Stephano D. Salani of Heer Law, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    25 Adelaide Street East, Suite 1000
    Toronto, Ontario M5C3A1
    Canada
    +1-4165467303(phone)
    ssalani@heerlaw.com

The docket/reference number is 2205-6.

Stephano D. Salani submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Stephano D. Salani
    PRIMARY EMAIL FOR CORRESPONDENCE: ssalani@heerlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): kbaillie@heerlaw.com; trademark@heerlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $1400 has been submitted with the application, representing payment for 4 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration

resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Stephano Salani/   Date: 08/20/2024
Signatory's Name: Stephano D. Salani
Signatory's Position: Attorney of Record, Florida Bar Member
Signatory's Phone Number: +1-4165467303
Signature method: Signed directly within the form
Payment Sale Number: 98707702
Payment Accounting Date: 08/20/2024

Serial Number: 98707702
Internet Transmission Date: Tue Aug 20 14:30:28 ET 2024
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-202408201430301
57782-98707702-870f8c84243ca9c7ab42146db
2d9e26aa989589e612f737fd6442804bb799c7dc
-CC-30288359-20240820140407240155



PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98707779**
**Filing Date: 08/20/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98707779 |
| **MARK INFORMATION** | |
| *MARK | PPP |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | PPP |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Pink Palm Puff Ltd. |
| *MAILING ADDRESS | 837 Dovercourt Road |
| *CITY | Toronto, Ontario |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | M6H2X4 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Canada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | imitation jewellery; jewellery |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
|     FOREIGN APPLICATION NUMBER | 2339192 |
|     FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
|     FOREIGN FILING DATE | 07/18/2024 |
|     INTENT TO | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely |

| | |
|---|---|
| PERFECT 44(d) | on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| INTERNATIONAL CLASS | 018 |
| *IDENTIFICATION | all-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote-bags; waist bags; weekend bags |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339192 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339192 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | online retail store services featuring clothing; online retail store services featuring jewellery; retail and online retail store services featuring bags; retail store services featuring of clothing; retail store services featuring jewellery; Direct-to-customer online retail store services featuring clothing; Direct-to-customer online retail store services featuring jewellery and bags |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339192 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |

| | |
|---|---|
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Stephano D. Salani |
| **ATTORNEY DOCKET NUMBER** | 2205-5 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Heer Law |
| **STREET** | 25 Adelaide Street East, Suite 1000 |
| **CITY** | Toronto, Ontario |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Canada |
| **ZIP/POSTAL CODE** | M5C3A1 |
| **PHONE** | +1-4165467303 |
| **EMAIL ADDRESS** | ssalani@heerlaw.com |
| **RECOGNIZED CANADIAN ATTORNEY/AGENT** | Kimberley A Baillie |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Stephano D. Salani |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ssalani@heerlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | kbaillie@heerlaw.com; trademark@heerlaw.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 4 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 1400 |
| **\*TOTAL FEES PAID** | 1400 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Stephano Salani/ |
| **SIGNATORY'S NAME** | Stephano Salani |
| **SIGNATORY'S POSITION** | Attorney of Record, Florida Bar Member |
| **SIGNATORY'S PHONE NUMBER** | +1-4165467303 |
| **DATE SIGNED** | 08/20/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98707779**
**Filing Date: 08/20/2024**

## To the Commissioner for Trademarks:

**MARK:** PPP (Standard Characters, see mark)
The literal element of the mark consists of PPP. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Pink Palm Puff Ltd., a corporation of Canada, having an address of
    837 Dovercourt Road
    Toronto, Ontario M6H2X4
    Canada
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 014: imitation jewellery; jewellery
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339192, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 018: all-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote-bags; waist bags; weekend bags
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339192, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 025: casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339192, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 035: online retail store services featuring clothing; online retail store services featuring jewellery; retail and online retail store services featuring bags; retail store services featuring of clothing; retail store services featuring jewellery; Direct-to-customer online retail store services featuring clothing; Direct-to-customer online retail store services featuring jewellery and bags
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified

goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339192, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

The owner's/holder's proposed attorney information: Stephano D. Salani. Recognized Canadian attorney(s)/agent(s) is/are Kimberley A Baillie. Stephano D. Salani of Heer Law, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    25 Adelaide Street East, Suite 1000
    Toronto, Ontario M5C3A1
    Canada
    +1-4165467303(phone)
    ssalani@heerlaw.com
The docket/reference number is 2205-5.
Stephano D. Salani submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Stephano D. Salani
    PRIMARY EMAIL FOR CORRESPONDENCE: ssalani@heerlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): kbaillie@heerlaw.com; trademark@heerlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $1400 has been submitted with the application, representing payment for 4 class(es).

**Declaration**

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration

resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Stephano Salani/   Date: 08/20/2024
Signatory's Name: Stephano Salani
Signatory's Position: Attorney of Record, Florida Bar Member
Signatory's Phone Number: +1-4165467303
Signature method: Signed directly within the form
Payment Sale Number: 98707779
Payment Accounting Date: 08/20/2024

Serial Number: 98707779
Internet Transmission Date: Tue Aug 20 14:51:32 ET 2024
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-202408201451332
73284-98707779-87095d5dba2bcb7a5411b8665
de4eda0a8cfcbcd2f2572e3bab972bd7f8d2947a
-CC-51325366-20240820143242582896

PPP

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98707815**
**Filing Date: 08/20/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98707815 |
| **MARK INFORMATION** | |
| *MARK | PINK PALM PUFF |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | PINK PALM PUFF |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Pink Palm Puff Ltd. |
| *MAILING ADDRESS | 837 Dovercourt Road |
| *CITY | Toronto, Ontario |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | M6H2X4 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Canada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | imitation jewellery; jewellery |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339193 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |
| INTENT TO | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely |

| | |
|---|---|
| PERFECT 44(d) | on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| INTERNATIONAL CLASS | 018 |
| *IDENTIFICATION | all-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote-bags; waist bags; weekend bags |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339193 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339193 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | online retail store services featuring clothing; online retail store services featuring jewellery; retail store and online retail store services featuring bags; retail store services featuring clothing; retail store services featuring jewellery; direct-to-customer online retail store services featuring clothing; direct-to-customer online retail store services featuring jewellery and bags |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2339193 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| FOREIGN FILING DATE | 07/18/2024 |

| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Stephano D. Salani |
|---|---|
| ATTORNEY DOCKET NUMBER | 2205-4 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Heer Law |
| STREET | 25 Adelaide Street East, Suite 1000 |
| CITY | Toronto, Ontario |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Canada |
| ZIP/POSTAL CODE | M5C3A1 |
| PHONE | +1-4165467303 |
| EMAIL ADDRESS | ssalani@heerlaw.com |
| RECOGNIZED CANADIAN ATTORNEY/AGENT | Kimberley A Baillie |

## CORRESPONDENCE INFORMATION

| NAME | Stephano D. Salani |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ssalani@heerlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | kbaillie@heerlaw.com; trademark@heerlaw.com |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Standard |
|---|---|
| NUMBER OF CLASSES | 4 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 1400 |
| *TOTAL FEES PAID | 1400 |

## SIGNATURE INFORMATION

| SIGNATURE | /Stephano Salani/ |
|---|---|
| SIGNATORY'S NAME | Stephano D. Salani |
| SIGNATORY'S POSITION | Attorney of Record, Florida Bar Member |
| SIGNATORY'S PHONE NUMBER | +1-4165467303 |
| DATE SIGNED | 08/20/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98707815**
**Filing Date: 08/20/2024**

## To the Commissioner for Trademarks:

**MARK:** PINK PALM PUFF (Standard Characters, see mark)
The literal element of the mark consists of PINK PALM PUFF. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Pink Palm Puff Ltd., a corporation of Canada, having an address of
    837 Dovercourt Road
    Toronto, Ontario M6H2X4
    Canada
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 014:  imitation jewellery; jewellery
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339193, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 018:  all-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote-bags; waist bags; weekend bags
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339193, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 025:  casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339193, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 035:  online retail store services featuring clothing; online retail store services featuring jewellery; retail store and online retail store services featuring bags; retail store services featuring clothing; retail store services featuring jewellery; direct-to-customer online retail store services featuring clothing; direct-to-customer online retail store services featuring jewellery and bags
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified

goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Canada application number 2339193, filed 07/18/2024.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

The owner's/holder's proposed attorney information: Stephano D. Salani. Recognized Canadian attorney(s)/agent(s) is/are Kimberley A Baillie. Stephano D. Salani of Heer Law, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    25 Adelaide Street East, Suite 1000
    Toronto, Ontario M5C3A1
    Canada
    +1-4165467303(phone)
    ssalani@heerlaw.com
The docket/reference number is 2205-4.
Stephano D. Salani submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Stephano D. Salani
    PRIMARY EMAIL FOR CORRESPONDENCE: ssalani@heerlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): kbaillie@heerlaw.com; trademark@heerlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $1400 has been submitted with the application, representing payment for 4 class(es).

Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration

resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Stephano Salani/   Date: 08/20/2024
Signatory's Name: Stephano D. Salani
Signatory's Position: Attorney of Record, Florida Bar Member
Signatory's Phone Number: +1-4165467303
Signature method: Signed directly within the form
Payment Sale Number: 98707815
Payment Accounting Date: 08/20/2024

Serial Number: 98707815
Internet Transmission Date: Tue Aug 20 15:03:36 ET 2024
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-202408201503373
86407-98707815-870b3776feff94a987d464395
aa2646643e3d95b5217b0ed8cadf4bb0302f80-C
C-03365915-20240820145234920172

PINK PALM PUFF

Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

Processed: November 7, 2025 12:04:42
Transmission identification: astack20251107120349000_APP_ES18366864
Electronic application timestamp: November 7, 2025 12:03:49

November 7, 2025

**Registrar of Trademarks**
Trademarks Office
Gatineau, Quebec K1A 0C9
Canada

**Application number**: 2435963

The prescribed fee of CDN $478.15 for this application is processed by credit card, using the secure online payment service.

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK

## Applicant details
**Pink Palm Puff Ltd.**
837 Dovercourt Rd
Toronto, ON
M6H2X4
Canada

**Language of the application**: English

## Agent details
The applicant appoints the individual agent or all the agents at the firm shown below as its trademark agent, as defined in the Trademarks Regulations.

**ALEXANDER J. STACK**
(c/o Caravel Law)
342 Queen Street West, Suite 200
Toronto
ON
M5V2A2
Canada

**Telephone number**: 416-526-7022
**Fax number**: 888-446-0285

**Name of the individual trademark agent (not firm) submitting this correspondence**: Alexander Stack

## Trademark details
**Trademark**:
EVERYTHING COMES IN WAVES

**Trademark type(s)**:
Standard Characters



The trademark is to be registered in standard characters.

## Nice Class Edition 12

## Goods

**Class**: 25

**Statement**: *generated from the pre-approved list*

(1) casual clothing; hats and caps; hoodies; leggings; pajamas; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear;





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

Processed: May 27, 2025 16:25:52
Transmission identification: heerlaw1520250527162431000_APP_ES17827389
Electronic application timestamp: May 27, 2025 16:24:31

May 27, 2025

**Registrar of Trademarks**
Trademarks Office
Gatineau, Quebec K1A 0C9
Canada

**Application number**: 2401378

The prescribed fee of CDN $623.27 for this application is processed by credit card, using the secure online payment service.

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK

## Applicant details

**Pink Palm Puff Ltd.**
837 Dovercourt Rd
Toronto, ON
M6H2X4
Canada

**Language of the application**: English

## Agent details

The applicant appoints the individual agent or all the agents at the firm shown below as its trademark agent, as defined in the Trademarks Regulations.

**HEER LAW**
25 Adelaide Street East, Suite 1000
Toronto
ON
M5C3A1
Canada

**Telephone number**: 416-546-7303
**Fax number**: 416-352-5709

**Attention to**: Kimberley Baillie
**Reference**: 2205-10
**Name of the individual trademark agent (not firm) submitting this correspondence**: Kimberley Baillie

## Trademark details

**Trademark**:
PINK PALM PAJAMAS

**Trademark type(s)**:
Standard Characters

Canada

The trademark is to be registered in standard characters.

## Nice Class Edition 12

### Goods

**Class**: 25
**Statement**: *generated from the pre-approved list*
(1) adult pajamas; casual shirts; flannel shirts; fleece shirts and fleece pants; long-sleeved shirts; night shirts; nightgowns; pajama bottoms; pajamas; shirts; slipper socks; slippers; t-shirts;

### Services

**Class**: 35
**Statement**:
(1) online retail store services featuring pajamas, adult pajamas, casual shirts, flannel shirts, fleece shirts and fleece pants, long-sleeved shirts, night shirts, nightgowns, pajama bottoms, pajamas and shirts, t-shirts, slippers and slipper socks; retail store services featuring pajamas, adult pajamas, casual shirts, flannel shirts, fleece shirts and fleece pants, long-sleeved shirts, night shirts, nightgowns, pajama bottoms, shirts, t-shirts, slippers and slipper socks





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Marque de commerce / Trademark
CERTIFICAT D'ENREGISTREMENT / CERTIFICATE OF REGISTRATION

Numéro de la demande / Application number
2339207

Date d'enregistrement / Registration date
25 juil/Jul 2025

LMC
TMA 1,335,431
*Numéro d'enregistrement*
*Registration number*

La présente certifie que la marque de commerce identifiée sur ce certificat a été enregistrée. L'extrait ci-joint est une copie conforme de l'inscription de son enregistrement.

Conformément aux dispositions de la Loi sur les marques de commerce, cet enregistrement est sujet à un renouvellement tous les 10 ans à compter de la date d'enregistrement.

This is to certify that the trademark identified on this certificate has been registered and that the attached extract is a true copy of the record of its registration.

In accordance with the provisions of the Trademarks Act, this registration is subject to renewal every 10 years from the registration date.



*Registraire des marques de commerce*
*Registrar of Trademarks*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Marque de commerce / Trademark
CERTIFICAT D'ENREGISTREMENT   CERTIFICATE OF REGISTRATION

LMC
TMA **1,335,430**

**Numéro d'enregistrement**
**Registration number**

Numéro de la demande / Application number
2339193

Date d'enregistrement / Registration date
25 juil/Jul 2025

La présente certifie que la marque de
commerce identifiée sur ce certificat a été
enregistrée. L'extrait ci-joint est une copie
conforme de l'inscription de son
enregistrement.

Conformément aux dispositions de la Loi
sur les marques de commerce, cet
enregistrement est sujet à un
renouvellement tous les 10 ans à compter
de la date d'enregistrement.

This is to certify that the trademark
identified on this certificate has been
registered and that the attached extract is
a true copy of the record of its registration.

In accordance with the provisions of the
Trademarks Act, this registration is subject
to renewal every 10 years from the
registration date.

## PINK PALM PUFF

*Konstanta Georgan*

Registraire des marques de commerce
Registrar of Trademarks



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Marque de commerce / Trademark

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Numéro de la demande / Application number
2339192

Date d'enregistrement / Registration date
11 juil/Jul 2025

LMC
TMA **1,332,006**

*Numéro d'enregistrement*
*Registration number*

*La présente certifie que la marque de commerce identifiée sur ce certificat a été enregistrée. L'extrait ci-joint est une copie conforme de l'inscription de son enregistrement.*

*Conformément aux dispositions de la Loi sur les marques de commerce, cet enregistrement est sujet à un renouvellement tous les 10 ans à compter de la date d'enregistrement.*

*This is to certify that the trademark identified on this certificate has been registered and that the attached extract is a true copy of the record of its registration.*

*In accordance with the provisions of the Trademarks Act, this registration is subject to renewal every 10 years from the registration date.*

**PPP**

*Registraire des marques de commerce*
*Registrar of Trademarks*



|

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|-----------|--------|-------------------|-----------------|--------------|
| PPP | Pink Palm Puff Ltd. | 25.11.2024 | 25.11.2034 | 14, 18, 25, 35 |

Designation Status

The indications appearing below are provided for information purposes and reflect the indications appearing in the International Register of Marks maintained under the Madrid Protocol. To request certified documents from the International Register, visit: https://www.wipo.int/madrid/en/extracts/

| Designation | Status | Nice classes | Date |
|-------------|--------|--------------|------|
| European Union Intellectual Property Office (EM) | Protection granted | 14, 18, 25, 35 | 19.06.2025 |
| United Kingdom (GB) | Protection granted | 14, 18, 25, 35 | 30.05.2025 |
| Australia (AU) | Awaiting decision | 14, 18, 25, 35 | 16.04.2027 |
| New Zealand (NZ) | Awaiting decision | 14, 18, 25, 35 | 16.04.2027 |
| China (CN) | No longer in effect | | 21.05.2025 |

## 1832052 - PPP

### The mark

**558  Mark consisting exclusively of one or several colors**
false

**550  Indication relating to the nature or kind of mark**
StandardChars

### Dates

**151  Date of the registration**
2024-11-25

**180  Date of expiration**
2034-11-25

### Holder and representative

**732  Name and address of the holder of the registration**
Pink Palm Puff Ltd.
837 Dovercourt Rd Toronto ONTARIO M6H 2X4
**CA** Canada

**842  Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
Limited Corporation, Canada

**812  Contracting State or Contracting Organization in the territory of which the holder has a real and effective industrial or commercial establishment**
CA

**740  Name and address of the representative**
HEER LAW
25 Adelaide Street East, Suite 1000 Toronto ONTARIO M5C 3A1
**CA** Canada

### Status

Status : ACTIVE

### Protocol designations

**832  Designation(s) under the Madrid Protocol**
**AU** Australia
**CN** China
**EM** European Union
**GB** United Kingdom
**NZ** New Zealand

## Classes

14 Imitation jewellery; jewellery.

18

All-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote bags; waist bags; weekend bags.

25

Casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear.

35

Online retail sale of clothing; online sale of jewellery; retail and online retail sale of bags; retail services for clothing; retail services of jewellery; direct-to-customer online retail sale of clothing; direct-to-customer online retail sale of jewellery and bags.

## Other details

**270   Language of the application**

EN

**527   Indications regarding use requirements**

**NZ** New Zealand

**GB** United Kingdom

**821   Basic application**

**CA** Canada

Date: 2024-07-18

2339192

**300   Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**

**CA** Canada

Date: 2024-07-18

2339192

1837001- PINK PALM PUFF | Printed: 2025-11-20 16:11 (v13.15885)

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
| PINK PALM PUFF | Pink Palm Puff Ltd. | 25.11.2024 | 25.11.2034 | 14, 18, 25, 35 |

Designation Status

The indications appearing below are provided for information purposes and reflect the indications appearing in the International Register of Marks maintained under the Madrid Protocol. To request certified documents from the International Register, visit: https://www.wipo.int/madrid/en/extracts/

| Designation | Status | Nice classes | Date |
|---|---|---|---|
| China (CN) | Protection granted | 14, 18, 25 | 19.06.2025 |
| European Union Intellectual Property Office (EM) | Protection granted | 14, 18, 25, 35 | 17.07.2025 |
| United Kingdom (GB) | Protection granted | 14, 18, 25, 35 | 05.06.2025 |
| Australia (AU) | Awaiting decision | 14, 18, 25, 35 | 16.04.2027 |
| New Zealand (NZ) | Awaiting decision | 14, 18, 25, 35 | 16.04.2027 |

## 1837001 - PINK PALM PUFF

### The mark

**558  Mark consisting exclusively of one or several colors**
false

**550  Indication relating to the nature or kind of mark**
StandardChars

### Dates

**151  Date of the registration**
2024-11-25

**180  Date of expiration**
2034-11-25

### Holder and representative

**732  Name and address of the holder of the registration**
Pink Palm Puff Ltd.
837 Dovercourt Rd Toronto ON M6H 2X4
**CA** Canada

**842  Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
Limited, Canada

**812  Contracting State or Contracting Organization in the territory of which the holder has a real and effective industrial or commercial establishment**
CA

**740  Name and address of the representative**
HEER LAW
25 Adelaide Street East, Suite 1000 Toronto ON M5C 3A1
**CA** Canada

### Status

Status : ACTIVE

### Protocol designations

**832  Designation(s) under the Madrid Protocol**
**AU** Australia
**CN** China
**EM** European Union
**GB** United Kingdom
**NZ** New Zealand

## Classes

14 Imitation jewellery; jewellery.

18

All-purpose carrying bags and drawstring bags; athletic bags; backpacks, shoulder bags; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote bags; waist bags; weekend bags.

25

Casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear.

35

Online retail sale of clothing; online sale of jewellery; retail and online retail sale of bags; retail sale of clothing; online retail sale of jewellery; direct-to-customer online retail sale of clothing; direct-to-customer online retail sale of jewellery and bags.

## Other details

**270  Language of the application**

EN

**527  Indications regarding use requirements**

**GB** United Kingdom

**NZ** New Zealand

**821  Basic application**

**CA** Canada

Date: 2024-07-18

2339193

**300  Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**

**CA** Canada

Date: 2024-07-18

2339193

| 1845706 | | Printed: 2025-11-20 16:11 (v13.15885) |
|---|---|---|

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
|  | Pink Palm Puff Ltd. | 16.01.2025 | 16.01.2035 | 14, 18, 25, 35 |

Designation Status

The indications appearing below are provided for information purposes and reflect the indications appearing in the International Register of Marks maintained under the Madrid Protocol. To request certified documents from the International Register, visit: https://www.wipo.int/madrid/en/extracts/

| Designation | Status | Nice classes | Date |
|---|---|---|---|
| European Union Intellectual Property Office (EM) | Protection granted | 14, 18, 25, 35 | 13.08.2025 |
| United Kingdom (GB) | Protection granted | 14, 18, 25, 35 | 07.08.2025 |
| Australia (AU) | Awaiting decision | 14, 18, 25, 35 | 16.04.2027 |
| New Zealand (NZ) | Awaiting decision | 14, 18, 25, 35 | 16.04.2027 |
| China (CN) | No longer in effect | | 29.09.2025 |



1845706 -

**The mark**

**558** **Mark consisting exclusively of one or several colors**
false

**571** **Description of the mark**
Pink palm puff design.

**531** **International Classification of the Figurative Elements of Marks (Vienna Classification)**
05.01.03
05.01.05
05.01.12
05.01.16

## Dates

**151  Date of the registration**
2025-01-16

**180  Date of expiration**
2035-01-16

## Holder and representative

**732  Name and address of the holder of the registration**
Pink Palm Puff Ltd.
837 Dovercourt Rd Toronto ON M6H 2X4
**CA** Canada

**842  Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
Limited, Canada

**812  Contracting State or Contracting Organization in the territory of which the holder has a real and effective industrial or commercial establishment**
CA

**740  Name and address of the representative**
HEER LAW
25 Adelaide Street East, Suite 1000 Toronto ON M5C 3A1
**CA** Canada

## Status

Status : ACTIVE

## Protocol designations

**832  Designation(s) under the Madrid Protocol**
**AU** Australia
**CN** China
**EM** European Union
**GB** United Kingdom
**NZ** New Zealand

## Classes

14 Imitation jewellery; jewellery.

18

All-purpose carrying bags and drawstring bags; athletic bags; backpacks; bags of imitation leather; beach bags; belt bags and hip bags; bum bags; canvas all-purpose carrying bags; carrying bags; casual bags; cross-body bags; knitted bags; shoulder bags; sling bags; tote bags; waist bags; weekend bags.

25

Casual clothing; hats and caps; hoodies; leggings; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short-sleeve shirts, long-sleeve shirts; swimwear.

35

On-line retail store services in the field of clothing; online retail services relating to jewellery; retail and online retail sale services of bags; retail store services for clothing; retail services relating to jewellery; direct-to-customer online retail sale services of clothing; direct-to-customer online retail sale services of jewellery and bags.

**Other details**

**270  Language of the application**
EN

**527  Indications regarding use requirements**
**GB** United Kingdom
**NZ** New Zealand

**821  Basic application**
**CA** Canada
Date: 2024-07-18
2339207

**300  Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**
**CA** Canada
Date: 2024-07-18
2339207

1867446- PINK PALM PAJAMAS | Printed: 2025-11-21 08:26 (v13.15885)

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
| PINK PALM PAJAMAS | Pink Palm Puff Ltd. | 24.06.2025 | 24.06.2035 | 25, 35 |

Designation Status

The indications appearing below are provided for information purposes and reflect the indications appearing in the International Register of Marks maintained under the Madrid Protocol. To request certified documents from the International Register, visit: https://www.wipo.int/madrid/en/extracts/

| Designation | Status | Nice classes | Date |
|---|---|---|---|
| Australia (AU) | Awaiting decision | 25, 35 | 31.01.2027 |
| China (CN) | Awaiting decision | 25, 35 | 31.01.2027 |
| European Union Intellectual Property Office (EM) | Awaiting decision | 25, 35 | 31.01.2027 |
| United States of America (US) | Awaiting decision | 25, 35 | 31.01.2027 |
| New Zealand (NZ) | Provisionally refused | Complex | 21.10.2025 |
| United Kingdom (GB) | Provisionally refused | Complex | 19.08.2025 |

## 1867446 - PINK PALM PAJAMAS

### The mark

**558  Mark consisting exclusively of one or several colors**
false

**550  Indication relating to the nature or kind of mark**
StandardChars

### Dates

**151  Date of the registration**
2025-06-24

**180  Date of expiration**
2035-06-24

### Holder and representative

**732  Name and address of the holder of the registration**
Pink Palm Puff Ltd.
837 Dovercourt Rd Toronto ON M6H 2X4
**CA** Canada

**842  Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
Limited Corporation, Ontario, Canada

**812  Contracting State or Contracting Organization in the territory of which the holder has a real and effective industrial or commercial establishment**
CA

**740  Name and address of the representative**
HEER LAW
25 Adelaide Street East, Suite 1000 Toronto ON M5C 3A1
**CA** Canada

### Status

Status : ACTIVE

### Protocol designations

**832  Designation(s) under the Madrid Protocol**
**AU** Australia
**CN** China
**EM** European Union
**GB** United Kingdom
**NZ** New Zealand

**US** United States of America

## Classes

25

Adult pajamas; casual shirts; flannel shirts; fleece shirts and fleece pants; long-sleeved shirts; night shirts; nightgowns; pajama bottoms; pajamas; shirts; slipper socks; slippers; T-shirts.

35

Online retail store services featuring pajamas, adult pajamas, casual shirts, flannel shirts, fleece shirts and fleece pants, long-sleeved shirts, night shirts, nightgowns, pajama bottoms, pajamas and shirts, T-shirts, slippers and slipper socks; retail store services featuring pajamas, adult pajamas, casual shirts, flannel shirts, fleece shirts and fleece pants, long-sleeved shirts, night shirts, nightgowns, pajama bottoms, shirts, T-shirts, slippers and slipper socks.

## Other details

**270  Language of the application**
   EN

**527  Indications regarding use requirements**
   **US** United States of America
   **GB** United Kingdom
   **NZ** New Zealand

**821  Basic application**
   **CA** Canada
   Date: 2025-05-27
   2401378

**300  Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**
   **CA** Canada
   Date: 2025-05-27
   2401378

## 2035440401 - EVERYTHING COMES IN WAVES

### The mark

**558  Mark consisting exclusively of one or several colors**
false

**550  Indication relating to the nature or kind of mark**
StandardChars

### Dates

**151  Date of the registration**
1581-12-31

**180  Date of expiration**
1581-12-31

### Holder and representative

**732  Name and address of the holder of the registration**
Pink Palm Puff Ltd.
837 Dovercourt Rd Toronto ONTARIO M6H2X4 CA
**CA** Canada

**842  Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
Canadian Corporation

**812  Contracting State or Contracting Organization in the territory of which the holder has a real and effective industrial or commercial establishment**
CA

**740  Name and address of the representative**
ALEXANDER J. STACK
(c/o Caravel Law) 342 Queen Street West, Suite 200 Toronto ONTARIO M5V2A2 CA
**CA** Canada

### Status

Status : PENDING

### Protocol designations

**832  Designation(s) under the Madrid Protocol**
**AU** Australia
**CN** China
**EM** European Union
**GB** United Kingdom
**IN** India

**NZ** New Zealand
**US** United States of America

## Classes

25

Casual clothing; hats and caps; hoodies; leggings; pajamas; shorts; sleepwear; sweatshirts, sweatpants, shirts, hats, short sleeve tops, long sleeve tops; swimwear.

## Other details

**270  Language of the application**
EN

**821  Basic application**
**CA** Canada
Date: 2025-11-07
2435963

**300  Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**
**CA** Canada
Date: 2025-11-07
2435963