# EXHIBIT B

**Registration Number**

**VA 2-419-433**

**Effective Date of Registration:**
October 08, 2024
**Registration Decision Date:**
October 28, 2024

## Title

    **Title of Work:** Everything Comes in Waves Design

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** September 10, 2023
    **Nation of 1st Publication:** Canada

## Author

-     **Author:** Stoke Design Company LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes

## Copyright Claimant

    **Copyright Claimant:** Pink Palm Puff Ltd.
    837 Dovercourt Road, Toronto, ON, M6H2X4, Canada
    **Transfer statement:** By written agreement

## Rights and Permissions

    **Organization Name:** Podolsky Law LLC
    **Email:** gail@podolsky-law.com
    **Telephone:** (404)282-7776
    **Address:** 1372 Peachtree Street NE, Suite 100
    Atlanta, Georgia 30309 United States

## Certification

    **Name:** Gail Podolsky

**Date**:   October 08, 2024

---

**Correspondence:**   Yes

**Registration Number**

# VA 2-419-436

**Effective Date of Registration:**
October 08, 2024
**Registration Decision Date:**
October 28, 2024

## Title

**Title of Work:** To Live for the Hope of it All Design

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 23, 2024
**Nation of 1st Publication:** Canada

## Author

- **Author:** Stoke Design Company LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Pink Palm Puff Ltd.
837 Dovercourt Road, Toronto, ON, M6H2X4, Canada
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Podolsky Law LLC
**Email:** gail@podolsky-law.com
**Telephone:** (404)282-7776
**Address:** 1372 Peachtree Street NE, Suite 100
Atlanta, Georgia 30309 United States

## Certification

**Name:** Gail Podolsky

**Date**:  October 08, 2024

---

**Correspondence:**  Yes

**Registration Number**

# VA 2-430-726

**Effective Date of Registration:**
October 09, 2024
**Registration Decision Date:**
February 03, 2025

## Title

**Title of Work:** Hibiscus Design

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** September 14, 2024
**Nation of 1st Publication:** Canada

## Author

- **Author:** Stoke Design Company LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Pink Palm Puff Ltd.
837 Dovercourt Road, Toronto, ON, M6H2X4, Canada
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Podolsky Law LLC
**Email:** gail@podolsky-law.com
**Telephone:** (404)282-7776
**Address:** 1372 Peachtree Street NE, Suite 100
Atlanta, Georgia 30309 United States

## Certification

**Name:** Gail Podolsky

**Date**: October 09, 2024

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

**Registration Number**

# VA 2-433-097

**Effective Date of Registration:**
October 08, 2024
**Registration Decision Date:**
February 18, 2025

## Title

**Title of Work:** Palm Tree Design

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 10, 2023
**Nation of 1st Publication:** Canada

## Author

- **Author:** Stoke Design Company LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Pink Palm Puff Ltd.
837 Dovercourt Road, Toronto, ON, M6H2X4, Canada
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Podolsky Law LLC
**Email:** gail@podolsky-law.com
**Telephone:** (404)282-7776
**Address:** 1372 Peachtree Street NE, Suite 100
Atlanta, Georgia 30309 United States

## Certification

**Name:** Gail Podolsky

**Date**:   October 08, 2024

---

**Correspondence:**   Yes