# EXHIBIT C








About Us    FAQs    Blog    Contact Us    Privacy Policy

AVIATOR JACKETS    BIKER JACKETS    BOMBER JACKETS    LEATHER COATS    QUILTED JACKETS    MENS    WOMENS    CART / $0.00  0

HOME / HOODIES / PINK PALM PUFF HOODIES

# Pink Palm Puff Hawaii Hibiscus Heather Cloud Hoodie

⭐⭐⭐⭐⭐

~~$209.00~~ **$79.00**

Buy more than 1 hoodie and GET FREE SHIPMENT!

Size        Choose an option
Gender      Choose an option

−  1  +     ADD TO CART

BUY NOW



Size Chart    Size Guide




SKU: N/A
Categories: Hoodies, Pink Palm Puff Hoodies



## Pink Palm Puff Hawaii Hibiscus Heather Cloud Hoodie

**Product Specifications:**

- **Outer Material:** 65% Cotton, 35% Polyester
- **Inner Material:** Soft Comfortable Material
- **Collar:** Hooded Collar
- **Closure:** Pullover Style Closure
- **Cuffs:** Rib-Knitted Style Cuffs
- **Pockets:** Front Pouch Pocket
- **Color:** Heather Cloud

Comfort in tropical charm comes in the form of the Pink Palm Puff Hawaii Hibiscus Heather Cloud Hoodie. It is so comfortable with soft, relaxed heather gray fabric, that's like a hug for those casual days when you feel the laziest. And topping it all off, an eye-catching Hibiscus on the back will bring l the outfit an island siren, complete with a little playfulness added to your outfit.

This effortless style and warmth hoodie offers a relaxed fit with an adjustable hood so it is perfectly cozy to lounge around the house, hit the beach, or get ready for an easy-going get-together. Continue to spread the aloha spirit, and let your style blossom with the Pink Palm Puff Hoodie – the new favorite for any adventure!

### RELATED PRODUCTS






HOODIES
Essentials Fear of God Hoodie
~~$199.00~~ $119.00

HOODIES
Palm Angels Neck Logo Fitted Hoodie
~~$289.00~~ $129.00

HOODIES
Pink Palm Puff To Live For the Hope of it All Hoodie
⭐⭐⭐⭐⭐
~~$219.00~~ $79.00

HOODIES
Vlone x Palm Angels Black Hoodie
~~$289.00~~ $119.00






Free Delivery for $80+    Free Returns within 14 days    We are Available 24/7    100% Secure Payments

Aviator jackets        FAQs

Jacket Fever is a one-stop destination for leather jacket collection. From trendy bombers to classic aviators, we specialize in curating a premium-grade selection of leather products that seamlessly blend fashion and quality.

- Biker Jackets
- Leather Trench Coats
- Bomber jackets
- Quilted Leather jackets
- Men jackets
- Women jackets

- Sitemap
- Terms & Conditions
- Privacy Policy
- Return Policy
- Refund Form
- Shipping Policy

- About us
- Blog
- Contact Us

Head Office: 221 W 9th St PMB 150, Wilmington, DE 19801

+13023093839    info@jacketfever.com

# JACKET FEVER

© Copyright 2025 JacketFever. All Rights Reserved



11/20/25, 1:08 PM
Screenshot capture-328-Why Girls Prefer Wearing Pink Hoodies: stylish & comfortable trend - (www.jacketars.com)

Follow Us: f ◎ ⓟ

🚚 Free Shipping Worldwide

Blogs | Contact | FAQ's | Best Sellers

JACKETARS
A style for every story

COAT | HOODIE | BIKER JACKET | DENIM JACKETS | LEATHER BAGS

Search for Leather bags

CART

SALE | CUSTOM JACKETS | MEN ▼ | WOMEN ▼ | SHEARLING JACKETS ▼ | VARSITY JACKET NEW | LEATHER BAG | LEATHER VEST | HALLOWEEN JACKETS SALE

BEST SELLING, UNCATEGORIZE, WOMEN

# Why Girls Prefer Wearing Pink Hoodies: A stylish and comfortable trend

---

With the association of pink with femininity, warmth, and childish charm, it is here to stay! The fashionable revival of this comfortable pink hoodie has made waves among girls and women of all ages, from college campuses to the runway-they have made unapologetic statements. These warm and chic pieces in every shade-from cool pastel to zingy hot pink-have secured permanent residence in many a wardrobe. At Jacketars, we seem to have caught on to it and thus offer an exclusive **pink hoodie women** hoodie collection to celebrate a trend of comfort and self-expression.

In this blog, we shall deal with why girls prefer putting on pink hoodies, their widespread popularity, and our trending products-**Pink Palm Puff Hoodie**, **Hot Pink Gap Hoodie**, **Gateway Luxury Pink Hoodie**, **Pink Camo Bape Hoodie**, and **Kozy Y2K Baby Pink Hoodie**, **pink hoodie women**, **hoodie pink women** and how they all go hand in hand with this statement trend.

## Pink-The Color Psychology

There are numerous girls, especially during the time of cooler weather, who love pink hoodies because of the emotional and psychological impact of the color they enjoy the most. Pink is a color that conforms to the nature of human life: it's a color of compassion, nurturing, and indeed love. With a pink hoodie for females, the user usually has positive, soulful connections to the outside world, with inner tenderness, the soft hue emitting a calm and welcoming vibe, in line with the huge favorite statement in everyday wear.

Furthermore, the shade of pink matters. Lighter pinks or baby pinks would represent innocence and serenity; whereas, the bold ones-like hot pink-could define a strong type of person who is confident and individualistic. Our **hoodie pink women** get this element kind of vibrant color combined with comfort at its best, for the woman who wants to feel and look unique while cuddling.

## The Ultimate Comfort Fit

Comfort comes first, and rightly so. Popularly known for their coziness, pinks add charm, and the combination becomes just too irresistible. Here are the hoodies in a pink women's design that would be warm and comfortable to wear without worrying about style. It is relaxing, casual, or even just adding various layers with a tank top on these cooler evenings, while being comfortable, as it is its glamorous pink hue hoodie.

At Jacketars, an absolute favorite is the **Kozy Y2K Baby Pink Hoodie**. It encapsulates everything in a comfy and soft fit that every woman loves while maintaining a trendy Y2K vibe. The cropped cut, plush warmth, and fun vibe equally serve high fashion and unwind, qualities every modern woman would want in her closet.

## Fashion as Identity

Fashion is not only about looking great; it's about eating on the inside. Girls fancy pink hoodies because they are cozy and they express their personality. Some may prefer something that speaks little, while others want prints or puffs, or may want logos that can flaunt their individual style.

Our **hoodie pink women** stand tall from the rest due to their statement-making design. The sunlit tropical palm graphic on the happy pink background creates an interesting look yet still casual comfort. Ideal for energizing those everyday outfits with a little fun. There are many style options, which is why pink hoodies actually give girls a chance to be themselves.

## Reclaiming Femininity with Confidence

This one is about the reclamation of femininity with confidence. Women now endow it with power and self-assurance instead of reducing pink to "girly," a color for centuries. Wearing a pink hoodie does not just mean posing charmingly anymore; it means wearing femininity in one's own way. Take, for example, our **Gateway Luxury Pink Hoodie**. It has clean lines and a luxurious finish that sets a new standard for wearing pink. It is classy yet bold, feminine yet fierce. These girls are not afraid of colors-they wear them loud and clear, and pink is leading that change.

## Year-Round Versatility

Unlike its seasonal competitors, a pink hoodie for women is seasonless. Breathable for spring and fall, warm for winter layering. It's the versatility offered for which women love pink hoodies-functional yet fashionable. The **Pink Camo Bape Hoodie** from Jacketars gets that in-between seasonal equilibrium just right. With its edgy camo look wrapped in soft pink colors, it works just as well for hiking outdoors in chilly weather as it does for wrapping up after a night in. Pink with attitude is what today's girls are after.

## Influencers and Media Trends

The pink hoodie is now a status symbol or badge of honor for all new-age social-media influencers and celebrities. Whether on their posts, videos, or hitting up a red carpet, they're showcasing their version of donning the bold pink hoodie. All the girls see these trends and wish to incorporate them into their personal style journeys.

Such is the case with a trendy product like the **Kozy Y2K Baby Pink Hoodie**, which garnered TikTok and Instagram popularity with the idea of shabby chic. At Jacketars, we keep our eyes on all the fashion waves, providing styles that women are currently loving.

## Pink-Hued Empowerment

Fashion today is more than just about what you wear. It talks about self-esteem, fairness, and empowerment. One example is that really attractive pink hoodie for women; it is not about aesthetics, but what it brings to the inner strength. Apparently, the pink is something rather new that the new generation believes to be carried well and not worn to be called pretty.

Indeed, this is what the **Hot Pink Gap Hoodie** communicates. Simple yet bold, it is an everyday wear for practically every woman with that kind of charisma, allowing her to enter without making a lot of noise. It's really bringing impact with little effort. Because that's what we are after at Jacketars: fashion that levitates, thus in fact calls for the pinks from Jacketars.

## Bargain-Bought Yet Quality Fashion

Girls are looking for fashionable but affordable products that last. Nobody wanted to drain his finances by spending outside his terminology of budget, but for most, quality is not negotiable. That is, again, the reason **pink hoodie for women** from Jacketars are so much preferred-priceless and worth.

Be it the **Pink Palm Puff Hoodie** or the **Gateway Luxury Pink Hoodie**, all of these are created with high-quality, very durable materials in mind. We believe that every girl should enjoy the outlooks in which she feels good about herself without consuming the whole treasury.

## Find Your Favorite Pink Hoodie Only at Jacketars

No doubt, hoodies in pink women fashion will last forever. Pink hoodies are indeed the most-loved among girls who see them as classy and a nice blend of comfort and self-expression. And for the perfect hoodie, one can trust Jacketars.

**Standouts include:**

**Pink Palm Puff Hoodie**: the bolder, the brighter, the more island-inspired.

**Hot Pink Gap Hoodie**: bright, confident, and flawlessly cool.

**Gateway Luxury Pink Hoodie**: sleek, minimal, and posh.

**Pink Camo Bape Hoodie**: tough but trendy, with edge.

chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html?id=307    1/2



**Kozy Y2K Baby Pink Hoodie**: soft, fashionable, and worthy of a good Instagram pic.

Our women's dark pink hoodies are designed to suit every need of a woman: whether it be in style, comfort, or quality. For the woman who is ready to jump right into the trend or just update the closet, browse through our collection of pink hoodies-they are not just clothes; they are a confidence that you can wear.

**Pink hoodie for women** styles symbolize an affinity for colors, comfort, identity, and empowerment. Pink hoodies are a preference for girls around the world because they feel as good as they look. These hoodies are fast becoming symbols of modern femininity, assurance, and loud expression.

Jacketars is proud to sell a collection devoted to this spirit. Our designs embody strength, style, and being unapologetically you. There is always room for more, from the first pink hoodie to the fifth. So go ahead-wear pink, feel empowered, and stay comfy in Jacketars.

---

### Our Jackets' Journey

Our jackets showcased in our showroom thought about their entire journey of **excellence**, and how they reached where they are today. How the nature of each fabric was taken care of, and they were **groomed**, **polished**, **shaped** and **beautified** to turn into their best version. These fabrics came to know their purpose in life. They felt proud, looking at themselves in the mirror – how they are serving mankind today. They provide not only covering, but also warmth, **comfort**, a sense of pride, **luxury**, and prestige! How a small plant is now turned into a magnificent garment, ready to make its owner the **best-dressed person in the room**!

### Our Team of Experts

We have a **skilled team**, with enthusiasts gathered with a purpose to serve you the best. We have architects of style, skilled craftsmen, and qualified employees who strive to serve our customers with the best layers! That is why our need is to constantly satisfy our **esteemed customers** at all times….

Read More

| ABOUT US: | INFORMATION: | POLICIES: | EXPLORE JACKETARS: | CONTACT INFO: |
|---|---|---|---|---|
| Customer Support | Custom Jacket | Return & Exchange Policy | Aviator Jacket | 306 Gargash Centre Al Sabkha Rd - Deira - Dubai UAE |
| Our Aim | Size Guide | Privacy Policy | Letterman Jacket | info@jacketars.com |
| How To Order | Track Your Order | Term & Conditions | Varsity Jacket | +971 54 326 2215 |
| Our Working Cycle | Contact Us | Delivery & Shipping | White Leather Jacket | |
| Our Leather Quality | About Us | | New Year Jacket | Subscribe to Our Newsletter |
| Customer Reviews | Blogs | | Puffer Jacket | **Payment Method** |
| Why We Different From Others | FAQ's | | Red Leather Jacket | |
| Gift Ideas For Events | | | Summer Collection | |
| | | | Winter Jacket | |

**Follow Us**

Copyright © 2025 **Jacketars**. All Rights Reserved



| About Us | FAQs | Blog | Contact Us | Privacy Policy |

AVIATOR JACKETS   BIKER JACKETS   BOMBER JACKETS   LEATHER COATS   QUILTED JACKETS   MENS   WOMENS

CART / $0.00  0

HOME / NEW ARRIVAL

 

# Pink Palm Puff Pajamas in Blush Bay

★★★★★

$~~199.00~~  **$89.00**

Size  [ Choose an option ]



- 1 +   ADD TO CART

BUY NOW

Size Chart | Size Guide

SKU: N/A
Category: New Arrival

   

**DESCRIPTION**   ADDITIONAL INFORMATION   REVIEWS (3)

## Women's Pink Palm Puff Pajamas in Blush Bay

**Product Specifications:**

- **Material:** 100% Supima Cotton
- **Inner Material:** Soft Viscose Lining
- **Closure:** Buttoned Closure
- **Collar:** Peak Lapel Collar
- **Pockets:** Front pouch pocket
- **Sleeves:** Half sleeves
- **Cuffs:** Open Hem Cuffs
- **Color:** Pink
- Properly stitched by experienced vendors

This pajama set is our sweetest pick for the girly girls who love the iconic pink. Match with your friends on day out adventures, or lounge in sleepovers in style. The Blush bay comes in these beautiful shades of pink with the iconic pattern printed in contrast to a deeper pink, which the fabric is lined with. You can expect to be treated leisurely in the 100% Supima cotton material, which has an inner lining of viscose for further comfort.

Lounge in luxury with the elegant design of these pajamas with a lapel collar, half sleeves with open hem cuffs, and delicate buttons on the front. The front pocket also sports a text in elegant embroidery. This set is perfect for taking pictures with your girls or solo with a breathtaking background in the evenings. Add this to your wardrobe and enhance your pajama style.

### RELATED PRODUCTS

   

Sale! | Sale! | Sale! | Sale!

NEW ARRIVAL | NEW ARRIVAL | NEW ARRIVAL | NEW ARRIVAL

Shiz University Wicked Movie Embroidered Shirt | Chrome Hearts Multi Logo Black T-shirt | KITH Kevin Durant USA Basketball Crewneck | Met Gala 2025 Shahrukh Khan Long Coat

$~~199.00~~ **$99.00** | $~~299.00~~ **$125.00** | $~~299.00~~ **$135.00** | $~~299.00~~ **$199.00**

   

Free Delivery for $80+   Free Returns within 14 days   We are Available 24/7   100% Secure Payments



Jacket Fever is a one-stop destination for leather jacket collection. From trendy bombers to classic aviators, we specialize in curating a premium-grade selection of leather products that seamlessly blend fashion and quality.

Head Office: 221 W 9th St PMB 150, Wilmington, DE 19801

+13023093839    info@jacketfever.com

- Aviator jackets
- Biker Jackets
- Leather Trench Coats
- Bomber jackets
- Quilted Leather jackets
- Men jackets
- Women jackets

- FAQs
- Sitemap
- Terms & Conditions
- Privacy Policy
- Return Policy
- Refund Form
- Shipping Policy

- About us
- Blog
- Contact Us

# JACKET FEVER

© Copyright 2025 JacketFever. All Rights Reserved

INTERNET ARCHIVE  https://jacketsjunction.com/product/pink-palm-puff-hoodie/  Go  FEB **MAR** APR
Wayback Machine  1 capture  ◄ **21** ►
21 Mar 2025  2024 **2025** 2026  ▼ About this capture

Skip to content Skip to footer





Menu
- HOME
- MEN
- WOMEN
- HOODIE
- SHEARLING JACKETS

Cart   ≡ Menu

Account
Login
Username or email address *
Password *
☐ Remember me   Log in
Lost your password?

Cart
No products in the cart.

🏠 Home
Hoodie
Pink Palm Puff Hoodie
Sale!

# PINK PALM PUFF HOODIE

$79.00 – $89.00
Material: Fleece
Collar: Rib Knitted Collar
Closure: Pullover Closure
Cuffs: Rib Knitted Cuffs
Color: Pink and Purple

Size  [M]
Gender [Women]
Color [Pink]  Clear

- 1 +
Add to cart

SKU: JJ-U-8614   Category: Hoodie
Description
Reviews (0)

Description

Recreation – Pink Palm Puff Oversized Pullover Hoodie
The Pink Palm Puff Hoodie is an opulent embodiment of style, epitomizing chic comfort with its luxurious fleece material. Immerse yourself in a sea of elegance as you adorn this radiant pink attire. With a rib-knitted collar, pullover closure, and cuffs, This hoodie skillfully combines warm appeal with a modern edge. It's a declaration of your excellent taste, not just a piece of clothing.
Dive into the technicalities, and you'll discover the plush fleece material that engulfs you in warmth and indulgent softness. The rib-knitted collar bestows a touch of urban chic, while the pullover closure adds convenience to your daily life. The rib-knitted cuffs provide a snug fit, ensuring comfort as you conquer the world in style. The Pink Palm Puff Oversized Pullover Hoodie is more than just fashion; it's an emblem of your style, a testament to your discerning eye for elegance, and an invitation to bask in the comfort of luxe fashion.
Enjoy the hopeful spirit with this limited-edition To Live For The Hope Of It All Hoodie that boldly declares your optimistic outlook. so choose your vibe with trendy colors to match your style. this pink palm puff purple hoodie expresses?your belief in a brighter future. Turn heads and spread positivity in this unique design.

PINK PALM PUFF DUPE

**504 Gateway Time-out**

nginx

Reviews
There are no reviews yet.
Be the first to review "Pink Palm Puff Hoodie"
Your email address will not be published. Required fields are marked *
Your rating *  [Rate...]
Your review...*

Name *
Email *
☐ Save my name, email, and website in this browser for the next time I comment.
Submit

Related products

Sale!
Von Dutch Originals Hoodie

$99.00 – $109.00
Select options



Sale!
**Kendrick Lamar DAMN Album Hoodie**

$89.00 – $99.00
Select options



Sale!
**Mike McCarthy Dallas Cowboys Sideline Club Pullover Hoodie**

$79.00 – $89.00
Select options



Sale!
**Super Bowl LIX Starter Black Super Bowl Graphic Hoodie**

$89.00 – $99.00
Select options

Open side menu
Sidebar
Search

Search

Recent Posts

Hello world!
Recent Comments

admin on Something from Tiffany's Rachel Meyer Gary Coat
admin on Hello world!
admin on Chiefs Super Bowl LIX Opening Night Tech Fleece Sweatshirt
admin on Nirvana Graphic Popover Hoodie
admin on Lane Johnson Philadelphia Eagles Hoodie



Got a desire for a fashionable outlook? Then there is no better option than jackets that are best to impress style casters on every occasion.Moreover,since they come in versatile designs and colors.

**Men's Collections**
**Men Black Leather Jacket**
**Women's Collections**
**Women Black Leather Jackets**
About
**Contact Us**
**Money Back Guarantee**
**Custom Leather Jackets**
**Size Guide**
**About Us**
Consumer Policy
**Terms and Conditions**
**Shipping**
**Privacy Policy**
**© 2025 JacketsJunction: Fashion Leather Jackets for Men and Women**
↑ To top