# EXHIBIT D

  

**LEATHER STORE**

`0`

 SHOPPING CART  CHECKOUT DETAILS  ORDER COMPLETE

Dear Customer, Thank you for your payment, Your transaction has been received successfully. Your Order number is 15476.

**RETURN TO HOME**



**Free Delivery for $80+**



**Free Returns within 14 days**



## We are Available 24/7



### 100% Secure Payments

---



Jacket Fever is a one-stop destination for leather jacket collection. From trendy bombers to classic aviators, we specialize in curating a premium-grade selection of leather products that seamlessly blend fashion and quality.

---

Head Office: 221 W 9th St PMB 150, Wilmington, DE 19801

📞 **+13023093839**     ✉ **info@jacketfever.com**

> Aviator jackets

> Biker Jackets

> Leather Trench Coats

> Bomber jackets

> Quilted Leather jackets

> Men jackets

> Women jackets

> FAQs

> Sitemap

> Terms & Conditions

> Privacy Policy

> Return Policy

> Refund Form

> Shipping Policy





   

> About us

> Blog

> Contact Us

# JACKET FEVER

© Copyright 2025 JacketFever. All Rights Reserved



   

Free Shipping & Free Returns & Exchanges

Clearance Sale , Get Extra 10% OFF, Code: SALE10

 MENU                                    

SHOPPING CART  >  CHECKOUT DETAILS  >  **ORDER COMPLETE**

## Order details

| PRODUCT | TOTAL |
|---|---|
| Pink Palm Puff Hoodie × 1 | |
| Your Size: | |
| M | |
| Print: | $59.00 |
| Print | |
| Gender: | |
| Female | |
| **Subtotal:** | **$59.00** |
| **Shipping:** | Free Shipping / 8-10 Business Days $0.00 |
| **Total:** | **$59.00** |
| **Payment method:** | Credit or debit cards (via PayPal) |

## Billing address

*Gail Podolsky*

*1100 Peachtree St NE, Suite 900*

*Atlanta, GA 30309*

*4042827776*

*gail@podolsky-law.com*

## Shipping address

Privacy - Terms

*Gail Podolsky*
*1100 Peachtree St NE, Suite 900*
*Atlanta, GA 30309*
*4042827776*

**Thank you. Your order has been received.**

- Order number: **87221**
- Date: **October 17, 2025**
- Total: **$59.00**
- Payment method: **Credit or debit cards (via PayPal)**

## Our Jackets' Journey

Our jackets showcased in our showroom thought about their entire journey of **excellence**, and how they reached where they are today. How the nature of each fabric was taken care of, and they were **groomed**, **polished**, **shaped** and **beautified** to turn into their best version. These fabrics came to know their purpose in life. They felt proud, looking at themselves in the mirror – how they are serving mankind today. They provide not only covering, but also warmth, **comfort**, a sense of pride, **luxury**, and prestige! How a small plant is now turned into a magnificent garment, ready to make its owner the **best-dressed person in the room**!

## Our Team of Experts

We have a **skilled team**, with enthusiasts gathered with a purpose to serve you with the best. We have architects of style, skilled craftsmen, and qualified employees who strive to serve our customers with the best layers! That is why our need is to constantly satisfy our **esteemed customers** at all times….

<u>**Read More**</u>

**ABOUT US:**

Customer Support

Our Aim

**INFORMATION:**

Custom Jacket

Size Guide

How To Order

Our Working Cycle

Our Leather Quality

Customer Reviews

Why We Different From Others

Gift Ideas For Events

Track Your Order

Contact Us

Blogs

FAQ's

**POLICIES:**

Return & Exchange Policy

Privacy Policy

Term & Conditions

Delivery & Shipping

**EXPLORE JACKETARS:**

Aviator Jacket

Letterman Jacket

Varsity Jacket

White Leather Jacket

New Year Jacket

Puffer Jacket

Red Leather Jacket

Summer Collection

Winter Jacket

**CONTACT INFO:**

306 Gargash Centre Al Sabkha Rd – Deira – Dubai UAE

✉ info@jacketars.com

Subscribe to Our Newsletter

   

## Payment Method

    

## Follow Us

  

Copyright © 2025 **Jacketars.** All Rights Reserved





## Thank you. Your order has been received.

ORDER NUMBER:
**140959**

DATE:
**October 17, 2025**

TOTAL:
**$102.00**

PAYMENT METHOD:
**Express Gift Card**

## Order details

| Product | Total |
|---|---|
| **Pink Palm Puff Hoodie - M** × **1**<br>**Color:** Pink | $79.00 |
| **Subtotal:** | $79.00 |
| **Shipping:** | $15.00 via Economy Shipping (20-25 Days) |
| **Sales Tax:** | $8.00 |
| **Payment method:** | Express Gift Card |
| **Total:** | $102.00 |

## Billing address

Gail Podolsky
Podolsky Law LLC
1100 Peachtree St NE, Suite 900
Atlanta, GA 30309
✆ 14042827776
✉ gail@podolsky-law.com

## Shipping address

Gail Podolsky
Podolsky Law LLC
1100 Peachtree St NE, Suite 900
Atlanta, GA 30309





variety of clothing such as fur coats.

[ More About → ]

## Men's Collections

› Men Outfits

› Mens Biker Jacket

› Mens Black Leather Jacket

› Mens Bomber Jackets

› Mens Brown Leather Jackets

## Women's Collections

› Women Outfits

› Women Coats

› Women's Cafe Racer Jackets

› Womens Biker Jackets

› Womens Brown Leather Jackets

## Useful Links





› Refund and Exchange Policy

› Size Guide

› Custom Jacket

› Blogs

› About Us

› Contact Us

## Newsletter

Sign up for our Newsletter to get latest updates and others subscribe to receive news in your inbox.

| Enter Your Email | Subscribe |

© 2025 | ShopCelebsWear | PK All rights reserved



# Glizm

Confirmation #5MLMGZV02

**You've paid for your order.**

View order confirmation ›

Add a Sunset Waves Hoodie to your order

Exclusive offer expires in: 09:39



### Sunset Waves Hoodie

★★★★★ 5.0 Best Seller

~~$30.99~~  $27.90  **10%** **Savings**

| Style | |
|---|---|
| Blue Waves | ▼ |

| Size | |
|---|---|
| S | ▼ |

| Subtotal | $27.90 |
|---|---|

| Total | USD $27.90 |
|---|---|

**Complete Order • $27.90**

Decline this offer

100% Money Back Guarantee



Refund policy    Shipping    Privacy policy    Terms of service    Contact

# Glizm

| Order summary ⌄ | $40.94 |
|---|---|



Confirmation #5MLMGZV02

## Thank you, Gail!



Shipping address
Atlanta GA

Map data ©2025 Google

### Your order is confirmed

You'll receive a confirmation email soon

☐ Email me with news and offers

### Order details

Contact information

gail@podolsky-law.com

Shipping address

Gail Podolsky
1100 Peachtree St NE, Suite 900
Atlanta GA 30309
United States

Shipping method

USPS Insured Shipping

Payment method

 ···· · $40.94 USD

Billing address

Gail Podolsky
1100 Peachtree St NE, Suite 900
Atlanta GA 30309
United States

☐  Save my information for a faster checkout

Continue shopping

Need help? <u>Contact us</u>

<u>Refund policy</u>    <u>Shipping</u>    <u>Privacy policy</u>    <u>Terms of service</u>    <u>Contact</u>

| | |
|---|---|
| **From:** | Auto-Receipt |
| **To:** | Gail Podolsky |
| **Subject:** | Transaction Receipt from Rays Apparel CO for $102.00 (USD) |
| **Date:** | Friday, October 17, 2025 8:16:19 AM |

## Order Information

| | |
|---|---|
| Description: | Shop Celebs Wear - Order 140959 |
| Invoice Number | 140959 |
| Customer ID | guest_1760703366 |

**Billing Information**
Gail Podolsky
Podolsky Law LLC
1100 Peachtree St NE, Suite 900
Atlanta, GA 30309
US
gail@podolsky-law.com
14042827776

**Shipping Information**
Gail Podolsky
Podolsky Law LLC
1100 Peachtree St NE, Suite 900
Atlanta, GA 30309
US

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| SC-F-4820 | Pink Palm Puff Hoodie - M | | 1 | Y | $79.00 (USD) | $79.00 (USD) |

| | |
|---|---|
| Shipping: | $15.00 (USD) |
| Tax: | $8.00 (USD) |
| **Total:** | **$102.00 (USD)** |

## Payment Information

| | |
|---|---|
| Date/Time: | 17-Oct-2025 5:16:06 PDT |
| Transaction ID: | 121295943643 |
| Payment Method: | American Express |
| Transaction Type: | Purchase |
| Auth Code: | 279232 |

## Merchant Contact Information

Rays Apparel CO
Wantagh, NY 11793
US
jacketsenterprises@gmail.com

| | |
|---|---|
| **From:** | Jacketars |
| **To:** | Gail Podolsky |
| **Subject:** | Your Jacketars order has been received! |
| **Date:** | Friday, October 17, 2025 8:26:39 AM |

**Jacketars**



# Thank you for your order

Hi Gail,

Just to let you know — we've received your order, and it is now being processed.

Here's a reminder of what you've ordered:

Thanks for ordering with us. Your order is now in processing and we will dispatch within 5 to 8 days. You will notify with the tracking number once we successfully shipped towards you.

Also please once again check our size chart to confirm your size or let us know your chest and shoulder measurements and we will make exactly what your size is. We want your outfit to fit you perfectly.

## Order summary

Order #87221 (October 17, 2025)

| | | | |
|---|---|---|---|
|  | Pink Palm Puff Hoodie<br>Your Size: M<br>Print: Print<br>Gender: Female | ×1 | $59.00 |

| | |
|---|---|
| Subtotal: | $59.00 |

Shipping: Free Shipping / 8-10 Business Days $0.00

Free Shipping / 8-10 Business Days $0.00

**Total:**                                                              **$59.00**

Payment method:                    Credit or debit cards (via PayPal)

---

**Billing to**

Gail Podolsky
1100 Peachtree St NE, Suite 900
Atlanta, GA 30309
United States (US)
4042827776
gail@podolsky-law.com

**Shipping to**

Gail Podolsky
1100 Peachtree St NE, Suite 900
Atlanta, GA 30309
United States (US)
4042827776

Thanks again! If you need any help with your order, please contact us at sales@jacketars.com.

| From: | service@paypal.com |
|---|---|
| To: | Gail Podolsky |
| Subject: | Your PayPal receipt |
| Date: | Friday, October 17, 2025 8:26:57 AM |

Hello, Gail Podolsky



# You paid $59.00 USD to SaqibBora

Create a PayPal account for fast, secure checkouts at millions of merchants.

**Activate PayPal Now**

## Your purchase details

**Your Transaction ID:**
6RM3109325089294F

**Merchant Transaction ID:**
1N084764HW1572338

**Purchase Date:**
October 17, 2025

**Payment to:**
SaqibBora

**Payment from:**
Gail Podolsky

**Invoice ID:**
JK-87221

**Shipping Address**
Gail Podolsky
1100 Peachtree St NE...
Atlanta, GA 30309
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Pink Palm Puff Hoodi... | $59.00 USD | 1 | $59.00 USD |

|  | Subtotal | $59.00 USD |
|---|---|---|
|  | **Total** | **$59.00 USD** |

You paid using: American Express x-1007

This credit card transaction will appear on your statement as PAYPAL *SAQIBBORA.

**Activate PayPal Now**



---

**Help & Contact**  |  **Security**  |  **Apps**



PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name.
**Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? **Learn more**

Copyright © 1999-2025 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000398:en_US(en-US):1.4.2:d92ad5f224ae7

**From:**    GLIZM
**To:**    Gail Podolsky
**Subject:**    Order #48534 confirmed
**Date:**    Friday, October 17, 2025 8:28:40 AM

# GLIZM

ORDER #48534

## Thank you for your purchase!

We're getting your order ready to be shipped. We will notify you when it has been sent.

[ View your order ]   or Visit our store

## Order summary

 Sunset Waves Hoodie × 1
Blue Waves / S          $30.99

| | |
|---|---|
| Subtotal | $30.99 |
| Shipping | $9.95 |
| Taxes | $0.00 |

| | |
|---|---|
| Total | **$40.94 USD** |

## Customer information

Shipping address

Gail Podolsky
1100 Peachtree St NE, Suite 900
Atlanta GA 30309
United States

Billing address

Gail Podolsky
1100 Peachtree St NE, Suite 900
Atlanta GA 30309
United States

Shipping method

USPS Insured Shipping

If you have any questions, reply to this email or contact us at glizmshop@gmail.com